Wechsler, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

STEINMAN et al. v. FORD et al. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Benjamin Steinman and others against Solomon K. Ford and others. No opinion. Motion granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

STEWART, Respondent, v. GENERAL ACCIDENT, FIRE & LIFE ASSUR. CORPORATION, Limited, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Charles G. Stewart against the General Accident, Fire & Life Assurance Corporation, Limited. No opinion. Judgment and order affirmed, with costs.

STRAUS, Appellant, v. CUMBERLAND REALTY CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Maurice G. Straus against the Cumberland Realty Company. No opinion. Judgment unanimously affirmed, with costs.

SUYDAM, Appellant, v. PENTON, Respondent, et al. (Supreme Court, Appellate Division, Second Department. March 18, 1910.) In the matter of proceedings supplementary to execution, Frederick B. Suydam, as executor, etc., against Thomas B. Penton, Jr., impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

SWEET, Appellant, v. VILLAGE OF SIDNEY, Respondent. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Ada E. Sweet against the village of Sidney. No opinion. Motion denied. See, also, 134 App. Div. 991, 119 N. Y. Supp. 1146.

TENNEY, Appellant, v. A. L. BARBER ASPHALT CO., Respondent. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by William A. Tenney against the A. L. Barber Asphalt Company. A. W. Palmer, for appellant. J. J. Cunneon, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TEPFER, Appellant, v. RIVAL GAS & ELECTRIC SUPPLY CO., Respondent. (Supreme Court, Appellate Division, First Department. February 18, 1910.) Action by Samuel Tepfer against the Rival Gas & Electric Supply Company. C. Goldzier, for appellant. D. L. Podell, for respondent. No opinion. Determination and order (117 N. Y. Supp. 959) affirmed, with costs. Order filed. See, also, 119 N. Y. Supp. 1145.

TERHAAR, Respondent, v. SETEL, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by John A. Terhaar against Philip Setel. No opinion. Judgment affirmed, with costs.

THOMAS v. DAVIS et al. (Supreme Court, Appellate Division, Fourth Department. February 3, 1910.) Action by Emma A. Thomas against James C. Davis and others. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for defendants upon the verdict, with costs.

THORNE et al., Appellants, v. CAREY et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Richard Van Wyck Thorne and others against Henry T. Carey and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless the plaintiffs perfect their appeal, place the same at the foot of the present calendar, and be ready for argument when the same is reached. See, also, 115 App. Div. 906, 101 N. Y. Supp. 1146; 133 App. Div. 928, 118 N. Y. Supp. 1146.

In re TIFFANY (two cases). (Supreme Court, Appellate Division, First Department. February 11, 1910.) In the matter of Charles L. Tiffany, deceased. In the matter of Burnett Y. Tiffany. No opinions. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 108 App. Div. 360, 95 N. Y. Supp. 1163.

TILDEN et al., Appellants, v. NEW YORK REALTY OWNERS et al., Respondents. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by Mary L. Tilden, in behalf of herself and others, against the New York Realty Owners and others. A. O. Townsend, for appellants. C. Alexander, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TOLSON, Respondent, v. SCHMIDT, Appellant. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by Arthur M. Tolson against Frederick Schmidt. H. R. Limburg, for appellant. C. O. Maas, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TOMALA, Respondent, v. NEW YORK LIFE INS. CO., Appellant (three cases). (Supreme Court, Appellate Division, Fourth Department. February 3, 1910.) Actions by Teresa Tomala against the New York Life Insurance Company. No opinion. Orders modified by striking therefrom paragraphs numbered "sixth" and "seventh," and, as so modified, affirmed, without costs of this appeal to either party.

TONER, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appel-